**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REAPPOINTMENT TO MINOR  :  No. 386
  :
JUDICIARY EDUCATION BOARD  :  MAGISTERIAL RULES DOCKET

**O R D E R**

**PER CURIAM:**

AND NOW, this 22nd day of June, 2015, Barbara A. Zemlock, Esquire, Dauphin County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years commencing July 1, 2015.